# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID LEVOYD REED,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
CALVIN JOHNSON, WARDEN,
Real Party in Interest.

No. 82084

FILED

DEC 01 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original pro se petition for a writ of mandamus/certiorari challenges the district court's denial of petitioner's petition for a writ of habeas corpus. Having considered the petition, we are not persuaded that our extraordinary intervention is warranted because petitioner has a plain, speedy, and adequate remedy available to him by way of his pending appeal from the district court's ruling. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (noting that a writ of mandamus is proper only when there is no plain, speedy, and adequate remedy at law and "the right to appeal is generally an adequate legal remedy that precludes writ relief."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.
Hardesty

_____, J.
Silver

20-43454

cc: David Levoyd Reed
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk